IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AUDREY DUFF | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. 1:20-CV-00375-RP |
| | § | |
| BETTY BEWLEY, | § | |
|     Defendant. | § | |

## PLAINTIFF'S NOTICE OF NON-OPPOSITION TO MOTION TO ABATE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Audrey Duff, files this Notice of Non-Opposition to Defendant Betty Bewley's Motion to Abate and would respectfully show the Court the following:

1    Plaintiff filed a complaint alleging that her mother, Defendant Betty Bewley published defamatory statements suggesting that Plaintiff had an incestuous sexual relationship with Plaintiff's own father.

2    Defendant filed a motion to abate following amendment, suggesting that Plaintiff did not comply with the Texas Defamation Mitigation Act.

3    While Plaintiff disputes Defendant's claim of non-compliance, Plaintiff also considers cooperation between counsel on this issue is better than contention.

4    Accordingly, Plaintiff files this Notice of Non-Opposition to Defendant's Motion to Abate.

5    Accompanying this notice is a proposed joint order abating the action for sixty (60) days from the date of entry of the proposed joint order.

WHEREFORE, Plaintiff respectfully requests that the Court consider this Notice when considering Defendant's Motion to Abate.

Respectfully submitted,

GRISSOM & THOMPSON, L.L.P.

  /s/William W. Thompson, III
William W. Thompson, III
State Bar No. 19960050
Federal ID No. 23489
Donald H. Grissom
State Bar No. 08511550
Federal ID No. 23490
509 West 12th Street
Austin, Texas 78701
(512) 478-4059
(512) 482-8410 Fax
*Attorney in Charge for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing documents was served on all counsel of record by way of e-service through the CM/ECF system on this 18th day of May 2020.

/s/William W. Thompson, III<br>
William W. Thompson, III

Timothy Cleveland
State Bar No. 24055318
Austin H. Krist
State Bar No. 24106170
CLEVELAND | TERRAZAS, PLLC
4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
512-689-8698
tcleveland@clevelandterrazas.com
akrist@clevelandterrazas.com