IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AUDREY DUFF, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | CAUSE NO. 1:20-CV-00375-RP |
| | § | |
| BETTY BEWLEY, | § | |
|    *Defendant*. | § | |

**ORDER ON DEFENDANT'S MOTION TO COMPEL**

Defendant Betty Bewley recently filed an unopposed Motion to Compel Compliance with a Third-Party Subpoena. A true and correct copy of that Motion was served on the third party in question, Doug Duff, but he did not respond. As a result, the Court granted the Motion to Compel.

Given the above, IT IS HEREBY ORDERED that third party Doug Duff provide the following documents to Defendant on or before March 12, 2021:

1. All of his communications with Audrey Duff related to Betty Bewley from 2017 to the present.

2. All of his communications with Audrey Duff related to this lawsuit, including communications related to the underlying state court lawsuit.

3. All of his communications with Audrey Duff's counsel, including but not limited to any lawyers at Grissom & Thompson, related to Betty Bewley from 2017 to the present.

4. All of his communications with Audrey Duff's counsel, including but not limited to any lawyers at Grissom & Thompson, related to the lawsuit, including communications related to the underlying state court lawsuit.

5. All of his communications with any third party related to Betty Bewley from 2017 to the present.

6. All of Mr. Duff's phone records reflecting text messages and/or calls with Audrey Duff from 2017 to the present.

7.      All of Mr. Duff's phone records reflecting calls and/or text messages with Audrey Duff's counsel, including but not limited to any lawyers at Grissom & Thompson, from 2017 to the present.

8.      All documents and communications that reflect any allegation that Mr. Duff engaged in any sexual and/or inappropriate relationship with Audrey Duff.

9.      All communications exchanged between Mr. Duff and Audrey Duff regarding any text messages exchanged between Mr. Duff and Betty Bewley in May 2018.

10.     All communications exchanged with Audrey Duff or any other person regarding any false statements made by Betty Bewley about Audrey Duff.

SIGNED on the  5th   of    March        , 2021.

_____
HON. ROBERT PITMAN
U.S. DISTRICT JUDGE